IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE JAMES McCULLEN #104357** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 1:04cv134LG-JMR** |
| **GEORGE PAYNE, JR., ET AL.** | **DEFENDANTS** |

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [21-1] entered in this cause on March 23, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, dismissed.

**SO ORDERED AND ADJUDGED** this the 12th day of April, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE